UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09-CR-169 CEJ |
| ) | |
| DONALD L. GARDNER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Lewis M. Blanton for determination and recommended disposition, where appropriate. On April 8, 2010, Judge Blanton issued a Report, Recommendation and Order with respect to the defendant's motion to suppress evidence. No objections to the Report, Recommendation and Order have been filed, and the time allowed for doing so has elapsed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report, Recommendation and Order of United States Magistrate Judge Lewis M. Blanton is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Donald L. Gardner to suppress evidence [Doc. # 37] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of May, 2010.